UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-976-GW(AGRx) | Date | June 3, 2010 |
|---|---|---|---|
| Title | *1021018 Alberta, Ltd. v. Opus Unlimited, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Anne Kielwasser | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Karl S. Kronenberger (via telephone) | Michelle L. Vizurraga |

**PROCEEDINGS:**     **DEFENDANTS' JOINT MOTION TO DISMISS (filed 04/27/10)**

Hearing is held.  Court hears oral argument.

For reasons stated on the record, the Defendants' Joint Motion to Dismiss is **continued** to **July 19, 2010 at 8:30 a.m.**  This matter is stayed until July 19, 2010.

                                                                                                                                        :     08

Initials of Preparer    JG