MADE JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1021018 ALBERTA LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>OPUS UNLIMITED, INC., et al.,<br><br>Defendants. | Case No.  CV 10-976-GW(AGRx)<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon Plaintiff's Notice of Dismissal(s) without prejudice, it is hereby ORDERED that this action is hereby dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: August 9, 2010                         BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT

**ORDER TO DISMISS WITHOUT PREJUDICE**